# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| TERESA WARD COOPER and | § | |
| JAY S. COOPER, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL NO. 4:14-cv-00573 |
| | § | |
| THE UNITED STATES ET AL., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER OF DISMISSAL

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 12, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the United States of America's Motion to Dismiss or Stay this Lawsuit as Duplicative or Malicious, Under 28 U.S.C. § 1915(e)(2)(B)(I) (Dkt. 24) be GRANTED, that Plaintiffs' Motion for Sanctions (Dkt. 31) be DENIED, that Plaintiffs' Request for Ruling (Dkt. 20) be DENIED, and that this case be dismissed without prejudice as duplicative.

The court has made a *de novo* review of the objections raised by Plaintiffs and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, the United States of America's Motion to Dismiss or Stay this Lawsuit as Duplicative or Malicious, Under 28 U.S.C. § 1915(e)(2)(B)(I) (Dkt. 24) is GRANTED, Plaintiffs' Motion for Sanctions (Dkt. 31) is DENIED, and Plaintiffs' Request for Ruling (Dkt. 20) is DENIED.

This case is DISMISSED without prejudice as duplicative and shall be closed on the court's docket.

All costs shall be borne by the party incurring same.

**IT IS SO ORDERED.**

**SIGNED this the 24th day of March, 2015.**

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE